DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK MURRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1493

[October 21, 2021]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-1998-CF-000747AXXXMB.

Lisa Viscome of Law Offices of Salnick & Fuchs, P.A., West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ. concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***